25615. ARNOLD, *alias* KEITH, v. THE STATE.

MACINTYRE, J. The facts of this case are so similar to those in *Hughes* v. *State*, 52 *Ga. App.* 199 (182 S. E. 807), that we are constrained to hold that they support the judgment finding the defendant guilty on both counts of the accusation; the first charging him with carrying on a lottery known as a number game in violation of the Code, § 26-6502, and the second charging that he sold, or offered for sale, "certain numbers representing a chance in a lottery," in violation of § 26-6501. We .

therefore hold that the judge did not err in overruling the certiorari assigning error on said judgment.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED SEPTEMBER 15, 1936.

*Swift Tyler Jr., George F. Fielding, Ernest Watts,* for plaintiff in error.

*John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.